UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANDREW JOHN STANKEVICH                                            PLAINTIFF

V.                                    CIVIL ACTION NO. 3:23-CV-356-KHJ-BWR

MISSISSIPPI COLLEGE SCHOOL OF LAW                                 DEFENDANT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendant Mississippi College School of Law. Plaintiff Andrew John Stankevich's claims are dismissed with prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 2nd day of February, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE